| | |
|---|---|
| 1 | Peter R. Afrasiabi (Bar No. 193336) |
| 2 | pafrasiabi@onellp.com<br>**ONE LLP** |
| 3 | 4000 MacArthur Boulevard<br>Each Tower, Suite 500 |
| 4 | Newport Beach, CA 92660<br>Telephone:  (949) 502-2870 |
| 5 | Facsimile:   (949) 258-5081 |
| 6 | Joanna Ardalan (Bar No. 285384)<br>jardalan@onellp.com |
| 7 | **ONE LLP**<br>9301 Wilshire Boulevard |
| 8 | Penthouse Suite<br>Beverly Hills, CA 90210 |
| 9 | Telephone:  (310) 866-5157<br>Facsimile:   (310) 943-2085 |
| 10 | Attorneys for Plaintiffs |
| 11 | Backgrid USA, Inc. and Splash News and<br>Picture Agency, LLC, |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation; SPLASH NEWS AND PICTURE AGENCY, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>VIOLET TERITI, an individual d/b/a CHAVIV HAIR; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-09504 MWF (GJSx)<br>Hon. Michael W. Fitzgerald<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:    October 16, 2020 |

**NOTICE OF SETTLEMENT**

TO THE COURT:

The Parties hereby give notice to the Court that they have settled this matter in principle.

The Parties are in the process of drafting a long form agreement and expect that this case will be dismissed no later than March 31, 2021.

Dated: February 23, 2021               **ONE LLP**

By: /s/ Joanna Ardalan
Joanna Ardalan
Peter R. Afrasiabi

Attorneys for Plaintiff
Backgrid USA, Inc. and Splash News and Picture Agency, LLC